IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICK G. CULVER,                          )
                                         )        Civil No. 05-1720-HU
            Plaintiff,                   )
                                         )
      v.                                 )
                                         )
QWEST COMMUNICATIONS                     )        JUDGMENT
CORPORATION; QWEST                       )
CORPORATION; QWEST                       )
COMMUNICATIONS INTERNATIONAL,            )
INC.; and JOHN or JANE DOE;              )
                                         )
            Defendants.                  )

BROWN, District Judge.


      Based on the Record,

      IT IS ORDERED AND ADJUDGED that this Action is dismissed,

with prejudice.

      DATED this 25ᵗʰ day of April, 2007.

                          _____
                          Anna J. Brown
                          United States District Judge


                          F:\USER\BARTHOLO.MEW\CDRIVE\CASEFORM\05-1720jgmt.wpd